# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Erik C. Sachs | § | Case No. 16-10031 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 03/23/2016 . The undersigned trustee was appointed on 03/23/2016 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $     30,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 2,786.52 |
   | Bank service fees | 184.53 |
   | Other payments to creditors | 3,328.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]    $ | 23,700.95 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/08/2016 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,750.00 , for a total compensation of $ 3,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 117.75 , for total expenses of $ 117.75 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/19/2017              By:/s/Frank J. Kokoszka, Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-10031 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Erik C. Sachs | | | | Date Filed (f) or Converted (c): | 03/23/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/19/2016 |
| For Period Ending: | 07/19/2017 | | | | Claims Bar Date: | 11/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1. 7312 South Maryland Avenue<br>Chicago Il 60619-0000 Cook | 5,400.00 | 10,800.00 | | 0.00 | FA |
| 2. 1301 North Oakley<br>Chicago Il 60622-0000 Cook<br><br>Order entered on 8/19/2016 approving the Trustee's Motion to Sell back the non-exempt equity back to the Debtor | 600,000.00 | 600,000.00 | | 30,000.00 | FA |
| 3. 8004 S. South Chicago Avenue<br>Chicago Il 60617-0000 Cook | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 4. 1347 N. Greenview<br>Chicago Il 60642-0000 Cook | 135,000.00 | 135,000.00 | | 0.00 | FA |
| 5. 2013 Chrysler Town & Country Mileage: 35,000 | 20,026.00 | 20,026.00 | | 0.00 | FA |
| 6. Miscellaneous Household Goods And Appliances (50% Interest) | 2,000.00 | 0.00 | | 0.00 | FA |
| 7. Television And Stereo Equipment (50% Interest); Cell Phone, | 500.00 | 0.00 | | 0.00 | FA |
| 8. Golf Clubs, Miscellaneous Tools And Bicycle (Approx.) | 200.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Wearing Apparel (Approx.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Watch And Rings (Approx.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 11. Miscellaneous Health Aids (Approx.) | 50.00 | 0.00 | | 0.00 | FA |
| 12. Cash On Hand (Approx.) | 200.00 | 0.00 | | 0.00 | FA |
| 13. 1/2 Interest In Bank Account At Fifth Third Bank (Xxxx-2467) | 214.03 | 0.00 | | 0.00 | FA |
| 14. 1/2 Interest In Bank Account At Bank Of America Account (Xxx | 155.89 | 0.00 | | 0.00 | FA |
| 15. Account At Bank Of America (Pod Amy Marie Sachs). Account En | 63.68 | 0.00 | | 0.00 | FA |
| 16. Account At Jpmorgan Chase Ending 0827. | 142.28 | 0.00 | | 0.00 | FA |
| 17. Account At Jpmorgan Chase With Son, Carl Sachs. Account Endi | 22.36 | 0.00 | | 0.00 | FA |
| 18. Account At Jpmorgan Chase With Son, Sean Sachs. Accounting E | 11.49 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 16-10031 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Erik C. Sachs | | | | Date Filed (f) or Converted (c): | 03/23/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/19/2016 |
| For Period Ending: | 07/19/2017 | | | | Claims Bar Date: | 11/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Account At Jpmorgan Chase With Son, Christian. Account Endin | 54.21 | 0.00 | | 0.00 | FA |
| 20. Account At Jpmorgan Chase. Account Ending 5865 | 0.00 | 0.00 | | 0.00 | FA |
| 21. Mil Property Group, Llc (Address: 687 N. Milwaukee Ave., Chi | 0.00 | 0.00 | | 0.00 | FA |
| 22. Real Property Ventures, Inc. (Address: 687 N. Milwaukee Ave. | 0.00 | 0.00 | | 0.00 | FA |
| 23. 1347 North Greenview Llc | 0.00 | 0.00 | | 0.00 | FA |
| 24. Milvigne, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 25. 687 Property Group, Llc | 0.00 | 0.00 | | 0.00 | FA |
| 26. Midland Ira, Inc. Account Ending 1334. Owns Property At 8004 | 5,090.87 | 0.00 | | 0.00 | FA |
| 27. Kmg Private Wealth Management Account Ending 2494 | 4,356.51 | 0.00 | | 0.00 | FA |
| 28. Kmg Private Wealth Management Account Ending 9511 | 26,869.54 | 0.00 | | 0.00 | FA |
| 29. Real Estate Broker's License | 0.00 | 0.00 | | 0.00 | FA |
| 30. Adjustable Comp Life Insurance With Northwestern. Policy End | 13,202.00 | 0.00 | | 0.00 | FA |
| 31. Term Life Insurance Policy With Thrivent Financial. Policy X | 28.16 | 0.00 | | 0.00 | FA |
| 32. Term Life Insurance Policy With Thrivent Financial. Policy X | 0.00 | 0.00 | | 0.00 | FA |
| 33. Whole Life Insurance Policy With Thrivent Financial. Policy | 3,915.00 | 0.00 | | 0.00 | FA |
| 34. Term Life Insurance Policy With Thrivent Financial. Policy X | 19.93 | 0.00 | | 0.00 | FA |
| 35. 2622 West Evergreen, Units 2F, 3F, 1R And 2R, Chicago, Illin | 0.00 | 0.00 | | 0.00 | FA |
| 36. 1347 N. Greenview, Unit 1R, Chicago, Illinois Which Is Owned | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $899,521.95 | $845,826.00 | | $30,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Case 16-10031 Doc 63 Filed 07/20/17 Entered 07/20/17 15:17:20 Desc Main
Document Page 5 of 13

Exhibit A

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All assets have been administered. Awaiting Bar Date. Trustee has begun reviewing claims filed.

Bar Date has passed. Trustee is reviewing claims and working with accountant on preparation of tax returns, etc. - Frank J. Kokoszka 1/3/2017

Tax returns has been filed. Trustee is reviewing Accountant's fee application and working on TFR - Frank J. Kokoszka 3/2/2017

Initial Projected Date of Final Report (TFR): 01/30/2017   Current Projected Date of Final Report (TFR): 09/30/2017

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 16-10031 | | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Erik C. Sachs | | Bank Name: | BOK Financial |
| | | | Account Number/CD#: | XXXXXX0168 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX6511 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/19/2017 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/16 | 2 | Erik C. Sachs | Sale back to Debtor | 1110-000 | $30,000.00 | | $30,000.00 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $29,990.00 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.01 | $29,946.99 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.38 | $29,902.61 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.89 | $29,859.72 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.25 | $29,815.47 |
| 02/06/17 | 101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | $11.56 | $29,803.91 |
| 02/13/17 | 102 | US TREASURY Department of the Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0148 | Federal Taxes-2016 1041-V | 5800-000 | | $2,165.00 | $27,638.91 |
| 02/13/17 | 103 | Illinois Department of Revenue P.O. Box 19053 Springfield, Illinois 62794-9053 | Illinois Taxes 2016 IL-1041-V | 5800-000 | | $1,163.00 | $26,475.91 |
| 05/15/17 | 104 | Alan D. Lasko & Associates, P.C. Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, IL  60606 | Final Payment to Accountant Order entered on 5/15/17 approving fees of $2753.56 and expenses of $21.40 to Accountant for trustee | | | $2,774.96 | $23,700.95 |
| | | Alan D. Lasko & Associates, P.C. | | ($2,753.56) | 3410-000 | | |
| | | Alan D. Lasko & Associates, P.C. | | ($21.40) | 3420-000 | | |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*      Page Subtotals:      $30,000.00      $6,299.05

| | | |
|---|---:|---:|
| COLUMN TOTALS | $30,000.00 | $6,299.05 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $6,299.05 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $6,299.05 |

Exhibit B

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0168 - Checking | $30,000.00 | $6,299.05 | $23,700.95 |
|  | $30,000.00 | $6,299.05 | $23,700.95 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-10031  
Debtor Name: Erik C. Sachs  
Claims Bar Date: 11/8/2016  

Date: July 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Frank J. Kokoszka | Administrative | | $0.00 | $3,750.00 | $3,750.00 |
| 100 2200 | Frank J. Kokoszka | Administrative | | $0.00 | $117.75 | $117.75 |
| 100 3410 | Alan D. Lasko & Associates, P.C. | Administrative | Order entered on 5/15/17 approving fees of $2753.56 and expenses of $21.40 to Accountant for trustee | $0.00 | $2,753.56 | $2,753.56 |
| 100 3420 | Alan D. Lasko & Associates, P.C. | Administrative | Order entered on 5/15/17 approving fees of $2753.56 and expenses of $21.40 to Accountant for trustee | $0.00 | $21.40 | $21.40 |
| 1 280 5800 | Dept Of The Treasury Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101-7346 | Priority | Amended Proof of Claim #1 filed on 3/14/17 | $0.00 | $56,786.94 | $56,786.94 |
| 1 280 5800 | Dept Of The Treasury Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101-7346 | Priority | Amended Proof of Claim #1 filed on 3/14/17 Total Claim is $14592.41. This represents the allowed Priority portion in the amount of $14544.66. | $0.00 | $14,544.66 | $14,544.66 |
| 2 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $5,335.44 | $5,335.44 |
| 3 300 7100 | Capital One Bank (Usa), N.A. American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $10,603.33 | $10,603.33 |
| 4 300 7100 | Ally Bank Po Box 130424 Roseville Mn 55113-0004 | Unsecured | | $0.00 | $6,303.73 | $6,303.73 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 16-10031  
Debtor Name: Erik C. Sachs  
Claims Bar Date: 11/8/2016  

Date: July 19, 2017

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 5 300 7100 | Wintrust Bank<br>C/O Crowley & Lamb Pc<br>221 N Lasalle St Ste 1550<br>Chicago, Il 60601 | Unsecured | | $0.00 | $175,500.98 | $175,500.98 |
| 6 300 7100 | Wintrust Bank<br>C/O Crowley & Lamb Pc<br>221 N Lasalle St Ste 1550<br>Chicago, Il 60601 | Unsecured | | $0.00 | $264,169.62 | $264,169.62 |
| 7 300 7100 | Wintrust Bank<br>C/O Crowley & Lamb Pc<br>221 N Lasalle St Ste 1550<br>Chicago, Il 60601 | Unsecured | | $0.00 | $229,379.82 | $229,379.82 |
| 8 300 7100 | Pan American Bank<br>C/O Taft Stettinius & Hollister Llp<br>111 E. Wacker Drive, Suite 2800<br>Chicago, Il 60601 | Unsecured | | $0.00 | $3,360,045.49 | $3,360,045.49 |
| 9 300 7100 | Signature Bank<br>C/O James P. Sullivan<br>Chapman And Cutler Llp<br>111 W. Monroe St.<br>Chicago, Il 60603 | Unsecured | | $0.00 | $1,333,331.41 | $1,333,331.41 |
| 10 300 7100 | Byline Bank<br>C/O Kaplan Papadakis & Gournis<br>180 N. Lasalle Street, Suite 210<br>Chicago, Il 60601 | Unsecured | Court Order dated July 7, 2017 ordering that "Claim #10 shall be treated as a general unsecured claim" | $0.00 | $155,939.30 | $155,939.30 |
| 1 380 7300 | Dept Of The Treasury<br>Internal Revenue Service<br>P O Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured | Amended Proof of Claim #1 filed on 3/14/17<br>Total Claim is $14592.41. This represents the allowed unsecured portion pursuant to Code Section 726(a)(4) in the amount of $47.75. | $0.00 | $47.75 | $47.75 |
| | Case Totals | | | $0.00 | $5,618,631.18 | $5,618,631.18 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 16-10031  
Case Name: Erik C. Sachs  
Trustee Name: Frank J. Kokoszka, Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 23,700.95 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Frank J. Kokoszka | $ 3,750.00 | $ 0.00 | $ 3,750.00 |
| Trustee Expenses: Frank J. Kokoszka | $ 117.75 | $ 0.00 | $ 117.75 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 2,753.56 | $ 2,753.56 | $ 0.00 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates, P.C. | $ 21.40 | $ 21.40 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 3,867.75 |
| Remaining Balance | $ 19,833.20 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 14,544.66 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dept Of The Treasury | $ 14,544.66 | $ 0.00 | $ 14,544.66 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 14,544.66 |
| Remaining Balance | $ | 5,288.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,540,609.12  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  0.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | $ 5,335.44 | $ 0.00 | $ 5.09 |
| 3 | Capital One Bank (Usa), N.A. | $ 10,603.33 | $ 0.00 | $ 10.12 |
| 4 | Ally Bank | $ 6,303.73 | $ 0.00 | $ 6.02 |
| 5 | Wintrust Bank | $ 175,500.98 | $ 0.00 | $ 167.52 |
| 6 | Wintrust Bank | $ 264,169.62 | $ 0.00 | $ 252.15 |
| 7 | Wintrust Bank | $ 229,379.82 | $ 0.00 | $ 218.94 |
| 8 | Pan American Bank | $ 3,360,045.49 | $ 0.00 | $ 3,207.18 |
| 9 | Signature Bank | $ 1,333,331.41 | $ 0.00 | $ 1,272.67 |
| 10 | Byline Bank | $ 155,939.30 | $ 0.00 | $ 148.85 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 5,288.54 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 47.75 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Dept Of The Treasury | $ 47.75 | $ 0.00 | $ 0.00 |
| | Total to be paid to subordinated unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |