**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 7** |
| | ) | |
| **Erik C. Sachs,** | ) | **Case No. 16-10031** |
| | ) | |
| **Debtor.** | ) | **Hon. Janet S. Baer** |
| | ) | **Hearing Date: August 11, 2017** |
| | ) | **Time: 11:00 a.m.** |

**CERTIFICATE OF SERVICE**

To:    See Attached Service List

     I, Frank J. Kokoszka, hereby certify that on Thursday, July 20, 2017, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR) and Fee Application** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle, Chicago, Illinois on July 20, 2017.

Dated: July 20, 2017                               Respectfully submitted,


                                    By: /s/ Frank J. Kokoszka
                                         Chapter 7 Trustee

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 443-5704 (fax)
trustee@k-jlaw.com

**Service List**
**Eric Sachs**

Ally Bank
P.O. Box 130424
Roseville, MN 55113-0004

Ariel Weissburg
Counsel for Debtor
**(Via Electronic Notice)**

Capital One Bank
P.O. Box 71083
Charlotte, NC 28272-1083

Byline Bank
c/o Kaplan Papadakis & Gournis
180 N. LaSalle Street, Suite 210
Chicago, IL 60601

PYOD, LLC as assignee of Citibank, N.A.
Resurgent Capital Services
P.O. Box 19008
Greenville. SC 29602

Illinois Department of Revenue
Bankruptcy Department
P.O. Box 64338
Chicago, IL 60664

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 1919-7346

Office of the U.S. Trustee
**(Via Electronic Notice)**

Pan American Bank
c/o Taft Stettinius & Hollister LLP
111 E. Wacker Drive, Suite 2800
Chicago, IL 60601
**(via electronic notice)**

Signature Bank
c/o Mia P. D'Audrea
**(Via Electronic Notice)**

Wintrust Bank
c/o Francis Pendergast
James M. Crowley
**(Via Electronic Notice)**