# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Erik C. Sachs | § | Case No. 16-10031 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 239,006.34 *(Without deducting any secured claims)* | Assets Exempt: 60,515.61 |
| Total Distributions to Claimants: 23,161.20 | Claims Discharged Without Payment: 21,626,512.29 |
| Total Expenses of Administration: 6,838.80 | |

3) Total gross receipts of $ 30,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 30,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 560,853.79 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,838.80 | 6,838.80 | 6,838.80 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 17,872.66 | 17,872.66 | 17,872.66 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,271,637.32 | 5,540,656.87 | 5,540,656.87 | 5,288.54 |
| **TOTAL DISBURSEMENTS** | $ 17,832,491.11 | $ 5,565,368.33 | $ 5,565,368.33 | $ 30,000.00 |

4)  This case was originally filed under chapter 7 on  03/23/2016 .  The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/09/2017                    By:/s/Frank J. Kokoszka, Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1301 North Oakley<br>Chicago Il 60622-0000 Cook | 1110-000 | 30,000.00 |
| TOTAL GROSS RECEIPTS | | $ 30,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ NA |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America, P.O. Box 45224 Jacksonville, FL 32232-5224 | | 18,074.03 | NA | NA | 0.00 |
| | PNC Bank, P.O Box 3180 Pittsburgh, PA 15230 | | 54,433.48 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Seterus, Inc., P.O. Box 54420 | | | | | |
| | Los Angeles, CA 90054-0420 | | 488,346.28 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $ 560,853.79 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 3,750.00 | 3,750.00 | 3,750.00 |
| Frank J. Kokoszka | 2200-000 | NA | 117.75 | 117.75 | 117.75 |
| International Sureties, Ltd. | 2300-000 | NA | 11.56 | 11.56 | 11.56 |
| Bank of Kansas City | 2600-000 | NA | 184.53 | 184.53 | 184.53 |
| Alan D. Lasko & Associates, P.C. | 3410-000 | NA | 2,753.56 | 2,753.56 | 2,753.56 |
| Alan D. Lasko & Associates, P.C. | 3420-000 | NA | 21.40 | 21.40 | 21.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 6,838.80 | $ 6,838.80 | $ 6,838.80 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | | | 0.00 | NA | NA | 0.00 |
| | | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue, 100 W. Randolph Avenue Level 7-410 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue, 100 W. Randolph Avenue Level 7-410 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Illinois Department of Revenue, 100 W. Randolph Avenue Level 7-410 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, Kansas City, MO 64999-0002 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service, Kansas City, MO 64999-0002 | | 0.00 | NA | NA | 0.00 |
| 1 | Dept Of The Treasury | 5800-000 | 0.00 | 14,544.66 | 14,544.66 | 14,544.66 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Revenue | 5800-000 | NA | 1,163.00 | 1,163.00 | 1,163.00 |
| | US TREASURY | 5800-000 | NA | 2,165.00 | 2,165.00 | 2,165.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ 0.00 | $ 17,872.66 | $ 17,872.66 | $ 17,872.66 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Auto, P.O. Box 380901 Minneapolis, MN 55438-0901 | | 6,303.73 | NA | NA | 0.00 |
| | Ally Auto, P.O. Box 380901 Minneapolis, MN 55438-0901 | | 6,303.73 | NA | NA | 0.00 |
| | Bank of America, P.O. Box 982235 El Paso, TX 79998-2235 | | 37,553.11 | NA | NA | 0.00 |
| | Bank of America, P.O. Box 982235 El Paso, TX 79998-2235 | | 37,553.11 | NA | NA | 0.00 |
| | Bank of America, P.O. Box 982235 El Paso, TX 79998-2235 | | 37,553.11 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Byline Bank, c/o Kaplan Papadakis & Gournis 180 N. LaSalle Street, Suite 210 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Byline Bank, c/o Kaplan Papadakis & Gournis 180 N. LaSalle Street, Suite 210 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |
| | Capital One Bank, P.O. Box 6492 Carol Stream, IL 60197-6492 | | 10,339.76 | NA | NA | 0.00 |
| | Capital One Bank, P.O. Box 6492 Carol Stream, IL 60197-6492 | | 10,339.76 | NA | NA | 0.00 |
| | Chase Bank USA, N.A., c/o Allied Interstate, LLC P.O. Box 361445 Columbus, OH 43236 | | 26,339.63 | NA | NA | 0.00 |
| | Chase Bank USA, N.A., c/o Allied Interstate, LLC P.O. Box 361445 Columbus, OH 43236 | | 26,339.63 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA, N.A., c/o Allied Interstate, LLC P.O. Box 361445 Columbus, OH 43236 | | 26,339.63 | NA | NA | 0.00 |
| | City of Chicago, c/o Markoff Law, LLC 29 N. Wacker Drive, Suite 550 Chicago, IL 60606 | | 6,009.47 | NA | NA | 0.00 |
| | City of Chicago, c/o Markoff Law, LLC 29 N. Wacker Drive, Suite 550 Chicago, IL 60606 | | 6,009.47 | NA | NA | 0.00 |
| | City of Chicago, c/o Markoff Law, LLC 29 N. Wacker Drive, Suite 550 Chicago, IL 60606 | | 6,009.47 | NA | NA | 0.00 |
| | First American Bank, c/o Andrew N. Plasz, Esq. 20 S. Clark, Suite 2310 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | First American Bank, c/o Andrew N. Plasz, Esq. 20 S. Clark, Suite 2310 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First American Bank, c/o Andrew N. Plasz, Esq. 20 S. Clark, Suite 2310 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Home Depot Credit Services, P.O. Box 78011 Phoenix, AZ 85062-8011 | | 5,108.70 | NA | NA | 0.00 |
| | Home Depot Credit Services, P.O. Box 78011 Phoenix, AZ 85062-8011 | | 5,108.70 | NA | NA | 0.00 |
| | Home Depot Credit Services, P.O. Box 78011 Phoenix, AZ 85062-8011 | | 5,108.70 | NA | NA | 0.00 |
| | LETRECO, 111 West Jackson, Suite 1158 Chicago, IL 60604 | | 474,067.77 | NA | NA | 0.00 |
| | LETRECO, 111 West Jackson, Suite 1158 Chicago, IL 60604 | | 474,067.77 | NA | NA | 0.00 |
| | LETRECO, 111 West Jackson, Suite 1158 Chicago, IL 60604 | | 474,067.77 | NA | NA | 0.00 |
| | Menards, 6851 W. 159th Street Tinley Park, IL 60477 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Menards, 6851 W. 159th Street Tinley Park, IL 60477 | | 0.00 | NA | NA | 0.00 |
| | Menards, 6851 W. 159th Street Tinley Park, IL 60477 | | 0.00 | NA | NA | 0.00 |
| | Oxford Bank and Trust, c/o Dimonte & Lizak 216 W. Higgins Road Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Oxford Bank and Trust, c/o Dimonte & Lizak 216 W. Higgins Road Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Oxford Bank and Trust, c/o Dimonte & Lizak 216 W. Higgins Road Park Ridge, IL 60068 | | 0.00 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 328,833.36 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 307,332.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 357,152.76 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 307,332.86 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 177,305.99 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 521,312.22 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 326,085.15 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 122,093.86 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 307,332.86 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 177,305.99 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 177,305.99 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 122,093.86 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 389,375.83 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 328,833.36 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 122,093.86 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 326,085.15 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 357,152.76 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 395,959.66 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 389,375.83 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 389,375.83 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 521,312.22 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 357,152.76 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 326,085.15 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 413,523.69 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 413,523.69 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 521,312.22 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 413,523.69 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 328,833.36 | NA | NA | 0.00 |
| | Pan American Bank, c/o Taft Stettinius & Hollister LLP 111 E. Wacker Drive, Suite 2800 Chicago, IL 60601 | | 395,959.66 | NA | NA | 0.00 |
| | Picker & Associates, LLC, Picker Financial Advisors, LLC 1130 W. Lake Cook Road, Suite 130 Buffalo Grove, IL 60089 | | 0.00 | NA | NA | 0.00 |
| | Ridgestone Bank, 10 N. Martingale Road, Suite 160 Schaumburg, IL 60173 | | 326,082.97 | NA | NA | 0.00 |
| | Ridgestone Bank, 10 N. Martingale Road, Suite 160 Schaumburg, IL 60173 | | 372,775.19 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ridgestone Bank, 10 N. Martingale Road, Suite 160 Schaumburg, IL 60173 | | 62,643.43 | NA | NA | 0.00 |
| | Ridgestone Bank, 10 N. Martingale Road, Suite 160 Schaumburg, IL 60173 | | 326,082.97 | NA | NA | 0.00 |
| | Ridgestone Bank, 10 N. Martingale Road, Suite 160 Schaumburg, IL 60173 | | 372,775.19 | NA | NA | 0.00 |
| | Ridgestone Bank, 10 N. Martingale Road, Suite 160 Schaumburg, IL 60173 | | 62,643.43 | NA | NA | 0.00 |
| | Ridgestone Bank, 10 N. Martingale Road, Suite 160 Schaumburg, IL 60173 | | 326,082.97 | NA | NA | 0.00 |
| | Ridgestone Bank, 10 N. Martingale Road, Suite 160 Schaumburg, IL 60173 | | 372,775.19 | NA | NA | 0.00 |
| | Ridgestone Bank, 10 N. Martingale Road, Suite 160 Schaumburg, IL 60173 | | 62,643.43 | NA | NA | 0.00 |
| | Sears Card, PO Box 6283 Sioux Falls, SD 57117-6283 | | 480.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears Card, PO Box 6283 Sioux Falls, SD 57117-6283 | | 480.00 | NA | NA | 0.00 |
| | Sears Card, PO Box 6283 Sioux Falls, SD 57117-6283 | | 480.00 | NA | NA | 0.00 |
| | Signature Bank, c/o Chapman & Cutler, LLP 111 W. Monroe Street Chicago, IL 60602 | | 27,639.17 | NA | NA | 0.00 |
| | Signature Bank, c/o Chapman & Cutler, LLP 111 W. Monroe Street Chicago, IL 60602 | | 1,328,744.00 | NA | NA | 0.00 |
| | Tenzer Family Limited Partnership, 111 West Jackson, Suite 1158 Chicago, IL 60604 | | 195,490.91 | NA | NA | 0.00 |
| | Tenzer Family Limited Partnership, 111 West Jackson, Suite 1158 Chicago, IL 60604 | | 195,490.91 | NA | NA | 0.00 |
| | Tenzer Family Limited Partnership, 111 West Jackson, Suite 1158 Chicago, IL 60604 | | 195,490.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wintrust Bank, 350 W Hubbard St Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| | Wintrust Bank, 350 W Hubbard St Chicago, IL 60654 | | 0.00 | NA | NA | 0.00 |
| 4 | Ally Bank | 7100-000 | 6,303.73 | 6,303.73 | 6,303.73 | 6.02 |
| 10 | Byline Bank | 7100-000 | 0.00 | 155,939.30 | 155,939.30 | 148.85 |
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 10,339.76 | 10,603.33 | 10,603.33 | 10.12 |
| 8 | Pan American Bank | 7100-000 | 395,959.66 | 3,360,045.49 | 3,360,045.49 | 3,207.18 |
| 2 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 5,335.44 | 5,335.44 | 5.09 |
| 9 | Signature Bank | 7100-000 | 1,328,744.00 | 1,333,331.41 | 1,333,331.41 | 1,272.67 |
| 5 | Wintrust Bank | 7100-000 | NA | 175,500.98 | 175,500.98 | 167.52 |
| 6 | Wintrust Bank | 7100-000 | NA | 264,169.62 | 264,169.62 | 252.15 |
| 7 | Wintrust Bank | 7100-000 | 0.00 | 229,379.82 | 229,379.82 | 218.94 |
| 1 | Dept Of The Treasury | 7300-000 | NA | 47.75 | 47.75 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 17,271,637.32 | $ 5,540,656.87 | $ 5,540,656.87 | $ 5,288.54 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit 8

| Case No: | 16-10031 | JSB | Judge: | Janet S. Baer | Trustee Name: | | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | Erik C. Sachs | | | | Date Filed (f) or Converted (c): | | 03/23/2016 (f) |
| | | | | | 341(a) Meeting Date: | | 04/19/2016 |
| For Period Ending: | 10/09/2017 | | | | Claims Bar Date: | | 11/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  7312 South Maryland Avenue Chicago Il 60619-0000 Cook | 5,400.00 | 10,800.00 | | 0.00 | FA |
| 2.  1301 North Oakley Chicago Il 60622-0000 Cook  Order entered on 8/19/2016 approving the Trustee's Motion to Sell back the non-exempt equity back to the Debtor | 600,000.00 | 600,000.00 | | 30,000.00 | FA |
| 3.  8004 S. South Chicago Avenue Chicago Il 60617-0000 Cook | 80,000.00 | 80,000.00 | | 0.00 | FA |
| 4.  1347 N. Greenview Chicago Il 60642-0000 Cook | 135,000.00 | 135,000.00 | | 0.00 | FA |
| 5.  2013 Chrysler Town & Country Mileage: 35,000 | 20,026.00 | 20,026.00 | | 0.00 | FA |
| 6.  Miscellaneous Household Goods And Appliances (50% Interest) | 2,000.00 | 0.00 | | 0.00 | FA |
| 7.  Television And Stereo Equipment (50% Interest); Cell Phone, | 500.00 | 0.00 | | 0.00 | FA |
| 8.  Golf Clubs, Miscellaneous Tools And Bicycle (Approx.) | 200.00 | 0.00 | | 0.00 | FA |
| 9.  Miscellaneous Wearing Apparel (Approx.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 10.  Watch And Rings (Approx.) | 1,000.00 | 0.00 | | 0.00 | FA |
| 11.  Miscellaneous Health Aids (Approx.) | 50.00 | 0.00 | | 0.00 | FA |
| 12.  Cash On Hand (Approx.) | 200.00 | 0.00 | | 0.00 | FA |
| 13.  1/2 Interest In Bank Account At Fifth Third Bank (Xxxx-2467) | 214.03 | 0.00 | | 0.00 | FA |
| 14.  1/2 Interest In Bank Account At Bank Of America Account (Xxx | 155.89 | 0.00 | | 0.00 | FA |
| 15.  Account At Bank Of America (Pod Amy Marie Sachs). Account En | 63.68 | 0.00 | | 0.00 | FA |
| 16.  Account At Jpmorgan Chase Ending 0827. | 142.28 | 0.00 | | 0.00 | FA |
| 17.  Account At Jpmorgan Chase With Son, Carl Sachs. Account Endi | 22.36 | 0.00 | | 0.00 | FA |
| 18.  Account At Jpmorgan Chase With Son, Sean Sachs. Accounting E | 11.49 | 0.00 | | 0.00 | FA |

Case 16-10031   Doc 68   Filed 11/03/17   Entered 11/03/17 16:10:14   Desc Main
Document      Page 20 of 25

Page: 2

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-10031 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Erik C. Sachs | | | | Date Filed (f) or Converted (c): | 03/23/2016 (f) |
| | | | | | 341(a) Meeting Date: | 04/19/2016 |
| For Period Ending: | 10/09/2017 | | | | Claims Bar Date: | 11/08/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 19.  Account At Jpmorgan Chase With Son, Christian. Account Endin | 54.21 | 0.00 | | 0.00 | FA |
| 20.  Account At Jpmorgan Chase. Account Ending 5865 | 0.00 | 0.00 | | 0.00 | FA |
| 21.  Mil Property Group, Llc (Address: 687 N. Milwaukee Ave., Chi | 0.00 | 0.00 | | 0.00 | FA |
| 22.  Real Property Ventures, Inc. (Address: 687 N. Milwaukee Ave. | 0.00 | 0.00 | | 0.00 | FA |
| 23.  1347 North Greenview Llc | 0.00 | 0.00 | | 0.00 | FA |
| 24.  Milvigne, Inc. | 0.00 | 0.00 | | 0.00 | FA |
| 25.  687 Property Group, Llc | 0.00 | 0.00 | | 0.00 | FA |
| 26.  Midland Ira, Inc. Account Ending 1334. Owns Property At 8004 | 5,090.87 | 0.00 | | 0.00 | FA |
| 27.  Kmg Private Wealth Management Account Ending 2494 | 4,356.51 | 0.00 | | 0.00 | FA |
| 28.  Kmg Private Wealth Management Account Ending 9511 | 26,869.54 | 0.00 | | 0.00 | FA |
| 29.  Real Estate Broker's License | 0.00 | 0.00 | | 0.00 | FA |
| 30.  Adjustable Comp Life Insurance With Northwestern. Policy End | 13,202.00 | 0.00 | | 0.00 | FA |
| 31.  Term Life Insurance Policy With Thrivent Financial. Policy X | 28.16 | 0.00 | | 0.00 | FA |
| 32.  Term Life Insurance Policy With Thrivent Financial. Policy X | 0.00 | 0.00 | | 0.00 | FA |
| 33.  Whole Life Insurance Policy With Thrivent Financial. Policy | 3,915.00 | 0.00 | | 0.00 | FA |
| 34.  Term Life Insurance Policy With Thrivent Financial. Policy X | 19.93 | 0.00 | | 0.00 | FA |
| 35.  2622 West Evergreen, Units 2F, 3F, 1R And 2R, Chicago, Illin | 0.00 | 0.00 | | 0.00 | FA |
| 36.  1347 N. Greenview, Unit 1R, Chicago, Illinois Which Is Owned | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)　　　$899,521.95　　　$845,826.00　　　　　$30,000.00　　　$0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Exhibit 8

All assets have been administered. Awaiting Bar Date. Trustee has begun reviewing claims filed.

Bar Date has passed. Trustee is reviewing claims and working with accountant on preparation of tax returns, etc. - Frank J. Kokoszka 1/3/2017
Tax returns has been filed. Trustee is reviewing Accountant's fee application and working on TFR  - Frank J. Kokoszka 3/2/2017

Initial Projected Date of Final Report (TFR): 01/30/2017          Current Projected Date of Final Report (TFR): 09/30/2017

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 16-10031 | | | | Trustee Name: Frank J. Kokoszka, Trustee | | |
| Case Name: Erik C. Sachs | | | | Bank Name: BOK Financial | | |
| | | | | Account Number/CD#: XXXXXX0168 | | |
| | | | | Checking | | |
| Taxpayer ID No: XX-XXX6511 | | | | Blanket Bond (per case limit): $5,000,000.00 | | |
| For Period Ending: 10/09/2017 | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/29/16 | 2 | Erik C. Sachs | Sale back to Debtor | 1110-000 | $30,000.00 | | $30,000.00 |
| 08/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $29,990.00 |
| 09/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $43.01 | $29,946.99 |
| 10/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.38 | $29,902.61 |
| 11/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.89 | $29,859.72 |
| 12/30/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.25 | $29,815.47 |
| 02/06/17 | 101 | International Sureties, Ltd. | Blanket Bond | 2300-000 | | $11.56 | $29,803.91 |
| 02/13/17 | 102 | US TREASURY Department of the Treasury Internal Revenue Service Center Cincinnati, Ohio 45999-0148 | Federal Taxes-2016 1041-V | 5800-000 | | $2,165.00 | $27,638.91 |
| 02/13/17 | 103 | Illinois Department of Revenue P.O. Box 19053 Springfield, Illinois 62794-9053 | Illinois Taxes 2016 IL-1041-V | 5800-000 | | $1,163.00 | $26,475.91 |
| 05/15/17 | 104 | Alan D. Lasko & Associates, P.C. Alan D. Lasko & Associates, P.C. 205 West Randolph Street Suite 1150 Chicago, IL  60606 | Final Payment to Accountant Order entered on 5/15/17 approving fees of $2753.56 and expenses of $21.40 to Accountant for trustee | | | $2,774.96 | $23,700.95 |
| | | Alan D. Lasko & Associates, P.C. | ($2,753.56) | 3410-000 | | | |
| | | Alan D. Lasko & Associates, P.C. | ($21.40) | 3420-000 | | | |
| 08/14/17 | 105 | Frank J. Kokoszka | Distribution | | | $3,867.75 | $19,833.20 |
| | | | Page Subtotals: | | $30,000.00 | $10,166.80 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 16-10031 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Erik C. Sachs | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0168 |
| | Checking |
| Taxpayer ID No: XX-XXX6511 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($3,750.00) | 2100-000 | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | ($117.75) | 2200-000 | | |
| 08/14/17 | 106 | Dept Of The Treasury Internal Revenue Service P O Box 7346 Philadelphia, Pa 19101-7346 | Final distribution to claim 1 representing a payment of 100.00 % per court order. | 5800-000 | | $14,544.66 | $5,288.54 |
| 08/14/17 | 107 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Final distribution to claim 2 representing a payment of 0.10 % per court order. | 7100-000 | | $5.09 | $5,283.45 |
| 08/14/17 | 108 | Capital One Bank (Usa), N.A. American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 0.10 % per court order. | 7100-000 | | $10.12 | $5,273.33 |
| 08/14/17 | 109 | Ally Bank Po Box 130424 Roseville Mn 55113-0004 | Final distribution to claim 4 representing a payment of 0.10 % per court order. | 7100-000 | | $6.02 | $5,267.31 |
| 08/14/17 | 110 | Wintrust Bank C/O Crowley & Lamb Pc 221 N Lasalle St Ste 1550 Chicago, Il 60601 | Distribution | | | $638.61 | $4,628.70 |
| | | Wintrust Bank | Final distribution to claim 5 representing a payment of 0.10 % per court order. | ($167.52) | 7100-000 | | |
| | | Wintrust Bank | Final distribution to claim 6 representing a payment of 0.10 % per court order. | ($252.15) | 7100-000 | | |
| | | Wintrust Bank | Final distribution to claim 7 representing a payment of 0.10 % per court order. | ($218.94) | 7100-000 | | |

| | | | | Page Subtotals: | | $0.00 | $15,204.50 |
|---|---|---|---|---|---|---|---|

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-10031 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Erik C. Sachs | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0168 |
| | Checking |
| Taxpayer ID No: XX-XXX6511 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/14/17 | 111 | Pan American Bank C/O Taft Stettinius & Hollister Llp 111 E. Wacker Drive, Suite 2800 Chicago, Il 60601 | Final distribution to claim 8 representing a payment of 0.10 % per court order. | 7100-000 | | $3,207.18 | $1,421.52 |
| 08/14/17 | 112 | Signature Bank C/O James P. Sullivan Chapman And Cutler Llp 111 W. Monroe St. Chicago, Il 60603 | Final distribution to claim 9 representing a payment of 0.10 % per court order. | 7100-000 | | $1,272.67 | $148.85 |
| 08/14/17 | 113 | Byline Bank C/O Kaplan Papadakis & Gournis 180 N. Lasalle Street, Suite 210 Chicago, Il 60601 | Final distribution to claim 10 representing a payment of 0.10 % per court order. | 7100-000 | | $148.85 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $30,000.00 | $30,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $30,000.00 | $30,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $30,000.00 | $30,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $4,628.70 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0168 - Checking | $30,000.00 | $30,000.00 | $0.00 |
|  | $30,000.00 | $30,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $30,000.00 |
| Total Gross Receipts: | $30,000.00 |